UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY
CAMDEN DIVISION

IN RE:                                                                                                CASE NO.: 19-21525-ABA
                                                                                                                       CHAPTER 13

**Terron Coleman,**
   **Debtor.**

_____/

### REQUEST FOR SERVICE

**PLEASE TAKE NOTICE THAT** the undersigned hereby appears on behalf of NEWREZ LLC D/B/A SHELLPOINT MORTGAGE SERVICING ("Secured Creditor"). Pursuant to Rule 2002 of the Federal Rules of Bankruptcy Procedure, the undersigned requests all notices given or required to be given and all papers required to be served in this case to creditors, any creditors committees, and any other parties-in-interest, be sent to and served upon the undersigned and the following be added to the Court's Master Mailing List:

**RAS CITRON, LLC**
**130 CLINTON ROAD, SUITE 202,**
**FAIRFIELD, NJ 07004**

                                        RAS Citron, LLC
                                        Authorized Agent for Secured Creditor
                                        130 Clinton Road, Suite 202,
                                        Fairfield, NJ 07004
                                        Telephone: 470-321-7112

                                        By: /s/Harold Kaplan
                                            Harold Kaplan
                                            Email: hkaplan@rasnj.com

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on November 23, 2020, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system, and a true and correct copy has been served via United States Mail to the following:

TERRON COLEMAN
222 E GIBBSBORO RDCLEMENTON, , NJ 08021

And via electronic mail to:

ANDREW M. CARROLL, ESQ.
427 N PACKARD ST.  08037
HAMMONTON, NJ 08037

ISABEL C. BALBOA
CHAPTER 13 STANDING TRUSTEE
CHERRY TREE CORPORATE CENTER
535 ROUTE 38 - SUITE 580
CHERRY HILL, , NJ 08002

U.S. TRUSTEE
US DEPT OF JUSTICE
OFFICE OF THE US TRUSTEE
ONE NEWARK CENTER STE 2100
NEWARK, , NJ 07102

By: /s/ Maria Quezada
Maria Quezada
Email: mquezada@rasflaw.com