UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

Andrew M. Carroll
427 N. Packard St.
Hammonton, NJ 0803
AMC/0842

In Re:

Coleman, Terron

Order Filed on December 15, 2020
by Clerk
U.S. Bankruptcy Court
District of New Jersey

Case No.: 19-21525

Chapter: 13

Judge: Andrew B. Alter

# ORDER GRANTING SUPPLEMENTAL CHAPTER 13 FEES

The relief set forth on the following page is **ORDERED**.

**DATED: December 15, 2020**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

The applicant having certified that legal work supplemental to basic chapter 13 services has been rendered, and no objections having been raised, it is:

ORDERED that _____Andrew Carroll_____, the applicant, is allowed a fee of $ _____900.00_____ for services rendered and expenses in the amount of $_____0.00_____ for a total of $_____900.00_____. The allowance is payable:

☒ through the Chapter 13 plan as an administrative priority.

☐ outside the plan.

The debtor's monthly plan is modified to require a payment of $_____ per month for _____ months to allow for payment of the above fee.

*rev.8/1/15*

United States Bankruptcy Court

District of New Jersey

In re:                                                     Case No. 19-21525-ABA

Terron Coleman                              Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                                      User: admin                                        Page 1 of 2

Date Rcvd: Dec 15, 2020                          Form ID: pdf903                             Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol     Definition**
+            Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Dec 17, 2020:**

**Recip ID**               **Recipient Name and Address**
db                      +   Terron Coleman, 222 E Gibbsboro Rd, Clementon, NJ 08021-1936

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Dec 17, 2020                            Signature:          /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on December 15, 2020 at the address(es) listed below:**

**Name**                                **Email Address**

Aleisha Candace Jennings
                       on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@rasflaw.com

Andrew M. Carroll
                       on behalf of Debtor Terron Coleman AndrewCarrollEsq@gmail.com SouthJerseyBankruptcy@gmail.com

Denise E. Carlon
                       on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com bkgroup@kmllawgroup.com

Harold N. Kaplan
                       on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com informationathnk@aol.com

Isabel C. Balboa
                       ecfmail@standingtrustee.com summarymail@standingtrustee.com

Kevin Gordon McDonald
                       on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com bkgroup@kmllawgroup.com

District/off: 0312-1 User: admin Page 2 of 2
Date Rcvd: Dec 15, 2020 Form ID: pdf903 Total Noticed: 1

U.S. Trustee
        USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7