UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

**RAS Citron, LLC**
Authorized Agent for Secured Creditor
130 Clinton Road, Lobby B, Suite 202
Fairfield, NJ 07004
Telephone: 973-575-0707
Facsimile: 973-404-8886

Harold Kaplan (HK0226)

Order Filed on January 8, 2021
by Clerk
U.S. Bankruptcy Court
District of New Jersey

In Re:

**Terron Coleman,**

     **Debtor,**

Case No.:     19-21525-ABA

Chapter:     13

Hearing Date: December 15, 2020

Judge:     Andrew B. Altenburg Jr.

## ORDER RESOLVING SECURED CREDITOR'S MOTION FOR RELIEF FROM THE AUTOMATIC STAY

     The relief set forth on the following pages, numbered two (2) through three (3), is hereby

ORDERED.

**DATED: January 8, 2021**

Honorable Andrew B. Altenburg, Jr.
United States Bankruptcy Court

**Page 2**

Secured Creditor: NewRez LLC d/b/a Shellpoint Mortgage Servicing

Secured Creditor's Counsel: RAS Citron, LLC

Debtors' Counsel: Andrew M. Carroll, Esq.

Property Involved ("Collateral"): 222 E. Gibbsboro Road, Lindenwold, NJ 08021

Relief sought:         ■ Motion for relief from the automatic stay
                       ☐ Motion to dismiss
                       ☐ Motion for prospective relief to prevent imposition of automatic stay
                          against the collateral by debtor's future bankruptcy filings

For good cause shown, it is **ORDERED** that Secured Creditor's Motion is resolved, subject to the following conditions:

1.     Status of post-petition arrearages:

       ■ The Debtor is overdue for 13 months from December 1, 2019 through December 1, 2020.

       ■ The Debtor is overdue for 3 payments from December 1, 2019 at $1,805.88 per month.

       ■ The Debtor is overdue for 10 payments from March 1, 2020 at $2,102.50 per month.

               Funds Held In Suspense $708.80.

               Total Arrearages Due $25,733.84.

2.     Debtor must cure all post-petition arrearages, as follows:

       ■ Beginning on January 1, 2021, regular monthly mortgage payments shall continue to be made in the amount of $2,102.50.

       ■ Beginning on January 15, 2021, monthly cure payments shall be made in the amount of $4,288.97 for 5 months with a 6th and final payment in the amount of $4,288.99 coming due on or before June 15, 2021.

3.     Payments to the Secured Creditor shall be made to the following address(es):

       ■ Regular monthly payment: NewRez LLC d/b/a Shellpoint Mortgage Servicing
                                   National Bankruptcy Department
                                   PO Box 740039
                                   Cincinnati, Ohio 45274-0039

■ Monthly cure payment:    NewRez LLC d/b/a Shellpoint Mortgage Servicing
National Bankruptcy Department
PO Box 740039
Cincinnati, Ohio 45274-0039

4.    In the event of Default:

■ Should the Debtor(s) fail to make any of the above captioned payments, or if any regular monthly mortgage payment should become more than thirty (30) days late or if Debtor(s) fails to comply with any terms of this Order, counsel shall file a Certification of Default with the Court. A copy of the Certification shall be sent to the Chapter 13 Trustee, the Debtors, and Debtors' attorney and the court shall enter an Order granting relief from the Automatic Stay. Debtor shall pay $200.00 for each notice of default issued by Secured Creditor as a result of the Debtor's failure to comply with this Order.

5.    Award of Attorneys' Fees:

■ The Applicant is awarded attorney fees of $350.00 and costs of $181.00.

The fees and costs are payable:

■ Through the Chapter 13 plan.

□ To the Secured Creditor within _____ days.

□Attorneys' fees are not awarded.

United States Bankruptcy Court
District of New Jersey

In re:                                                                                    Case No. 19-21525-ABA

Terron Coleman                                                                            Chapter 13

    Debtor(s)

# CERTIFICATE OF NOTICE

District/off: 0312-1                        User: admin                                    Page 1 of 2

Date Rcvd: Jan 08, 2021                     Form ID: pdf903                               Total Noticed: 1

The following symbols are used throughout this certificate:

| Symbol | Definition |
|--------|-----------|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 10, 2021:**

| Recip ID | | Recipient Name and Address |
|----------|--|---------------------------|
| db | + | Terron Coleman, 222 E Gibbsboro Rd, Clementon, NJ 08021-1936 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

# BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

# NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 10, 2021                          Signature:            /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 8, 2021 at the address(es) listed below:**

| Name | Email Address |
|------|--------------|
| Aleisha Candace Jennings | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing ajennings@raslg.com |
| Andrew M. Carroll | on behalf of Debtor Terron Coleman AndrewCarrollEsq@gmail.com  SouthJerseyBankruptcy@gmail.com |
| Denise E. Carlon | on behalf of Creditor Ditech Financial LLC dcarlon@kmllawgroup.com  bkgroup@kmllawgroup.com |
| Harold N. Kaplan | on behalf of Creditor NewRez LLC d/b/a Shellpoint Mortgage Servicing hkaplan@rasnj.com  informationathnk@aol.com |
| Isabel C. Balboa | ecfmail@standingtrustee.com  summarymail@standingtrustee.com |
| Kevin Gordon McDonald | on behalf of Creditor Ditech Financial LLC kmcdonald@kmllawgroup.com  bkgroup@kmllawgroup.com |

District/off: 0312-1                      User: admin                          Page 2 of 2
Date Rcvd: Jan 08, 2021                   Form ID: pdf903                       Total Noticed: 1

U.S. Trustee

           USTPRegion03.NE.ECF@usdoj.gov

TOTAL: 7