## IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF NEW JERSEY

### TRUSTEE'S REPORT OF RECEIPTS AND DISBURSEMENTS
For the period of 01/01/2020 to 12/31/2020
**Case Number: 19-21525 (ABA)**

Terron Coleman
222 East Gibbsboro Road
Clementon, NJ  08021

Monthly Payment: $675.00
Payments / Month: 1
Current Trustee Comp.: 8.40%

### The following are receipts posted in this case within the above dates:

| Date | Amount | Date | Amount | Date | Amount | Date | Amount |
|------|--------|------|--------|------|--------|------|--------|
| 02/03/2020 | $535.00 | 03/03/2020 | $675.00 | 04/27/2020 | $675.00 | 05/15/2020 | $675.00 |
| 06/22/2020 | $675.00 | 07/28/2020 | $675.00 | 08/31/2020 | $675.00 | 10/26/2020 | $675.00 |
| 11/23/2020 | $675.00 | | | | | | |

### The following are the creditors who are set up to be paid through this plan:

| CL# | Creditor Name | LVL | Claim Amt. | Amt. Paid. | Balance Due | Paid this Period |
|-----|---------------|-----|------------|------------|-------------|------------------|
| 0 | TERRON COLEMAN | 5 | $0.00 | $0.00 | $0.00 | $0.00 |
| 0 | ANDREW M. CARROLL, ESQUIRE | 13 | $4,000.00 | $4,000.00 | $0.00 | $0.00 |
| 0 | ANDREW M. CARROLL, ESQUIRE | 13 | $900.00 | $0.00 | $900.00 | $0.00 |
| 1 | NEW REZ, LLC | 24 | $28,057.95 | $3,701.44 | $24,356.51 | $0.00 |
| 2 | U.S. TRUSTEE | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 3 | ANDREW M. CARROLL | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 4 | ISABEL C. BALBOA | 0 | $0.00 | $0.00 | $0.00 | $0.00 |
| 5 | WELLS FARGO BANK, N.A. | 24 | $738.54 | $97.43 | $641.11 | $0.00 |
| 6 | WELLS FARGO BANK, N.A. | 33 | $2,107.43 | $0.00 | $2,107.43 | $0.00 |
| 7 | EMERGENCY PHYSICIAN ASSOCIATES OF SJ, PC | 33 | $165.59 | $0.00 | $165.59 | $0.00 |

**Case Steps**

| Start Date | No. Months | Payment |
|------------|------------|---------|
| 07/01/2019 | 6.00 | $0.00 |
| 01/01/2020 | Paid to Date | $3,210.00 |
| 02/01/2020 | 53.00 | $675.00 |
| 07/01/2024 | Projected end of plan | |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**

| | |
|---|---|
| Total payments received this period: | $5,935.00 |
| Total paid to creditors this period: | $0.00 |
| Undistributed Funds on Hand: | $618.30 |
| Arrearages: | $1,490.00 |
| Attorney: | ANDREW M. CARROLL, ESQUIRE |

**THIS REPORT IS NOT TO BE CONSTRUED AS A PLAN PAYOFF FIGURE. PLEASE CONTACT THE TRUSTEE'S OFFICE, IN WRITING, TO RECEIVE AN ACCURATE PLAN PAYOFF FIGURE.**